Starsha SEWELL, Plaintiff–Appellant,

v.

FIDELITY NATIONAL FINANCIAL, in care of Chicago Title Insurance Company, Milestone Title, LLC; Chicago Title Insurance Company; Milestone Title, LLC, Defendants–Appellees.

Starsha Sewell, Plaintiff–Appellant,

v.

Fidelity National Financial, in care of Chicago Title Insurance Company, Milestone Title, LLC, Defendant–Appellee.

No. 16-1352, No. 16-1354

United States Court of Appeals, Fourth Circuit.

Submitted: September 9, 2016

Decided: September 13, 2016

Starsha Sewell, Appellant Pro Se. Michael William Tompkins, FIDELITY NATIONAL LAW GROUP, Vienna, Virginia, for Appellees.

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's orders dismissing these civil actions and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sewell v. Fidelity Nat'l Financial, Nos. 8:15–cv–03077–PWG; 8:15–cv–03392–PWG, 2016 WL 728012 (D. Md. Oct. 23 & Nov. 19, 2015; Jan. 5, Feb. 24, Mar. 22 & Mar. 24, 2016). The motions to strike the supplemental appendix and to seal are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED